Dorothy Krets Lehmann, Plaintiff, Respondent, v. Franz B. Lehmann, Defendant, Respondent. In the Matter of the Petition of J. M. Lehmann Company, Inc., Petitioner, Appellant, for an Order Authorizing J. M. Lehmann Company, Inc., to Transfer Shares of Stock upon Its Books. (Proceeding No. 1.) In the Matter of the Petition of J. M. Lehmann Company, Inc., Petitioner, Appellant, for an Order Modifying and Limiting the Order Herein of Justice Julius Miller Dated April 30, 1938. In the Matter of the Application of Dorothy Krets Lehmann, as Receiver and Sequestrator, for Direction to J. M. Lehmann Company, Inc. (Proceeding No. 2.) — Order appealed from in Proceeding No. 1, unanimously affirmed. Order appealed from in Proceeding No. 2, modified to the extent of appointing an official referee in place and stead of the referee named in the orders dated March 20, 1939, and as so modified affirmed. No

opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Glennon and Untermyer, JJ., dissent and vote to affirm. Settle order on notice.